UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARLENE BOUCHER AS EXECUTRIX )<br>OF THE ESTATE OF STASIA ST. )<br>AMAND )<br>          PLAINTIFF )<br> )<br>V. )<br> )<br>MARRIOTT INTERNATIONAL, INC. )<br>MSLS-MAPLERIDGE, INC. doing )<br>business as MARRIOTT SENIOR LIVING )<br>SERVICES and, or MARRIOTT )<br>MAPLERIDGE ASSISTED LIVING )<br>COMMUNITY ) | C.A. No. 1:05-cv-11720 |

## MARRIOTT INTERNATIONAL, INC.'S CORPORATE DISCLOSURE PURSUANT TO LOCAL RULE 7.3(A)

Pursuant to Local Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, defendant Marriott International, Inc. states that it has no parent corporation and that no

corporation owns 10% or more of its stock.

Dated: September 8, 2005

MARRIOTT INTERNATIONAL, INC.
By Its Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

*/s/ James M. Campbell*
James M. Campbell
Michelle I. Schaffer
One Constitution Plaza
Boston, MA 02129
617-241-3000

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all counsel for all parties by mail on September 8, 2005.

David J. Hoey
Law Office of David J. Hoey, P.C.
350 Park Street, Suite 205
North Reading, MA 01864

*/s/ Michelle I. Schaffer*
Michelle I. Schaffer