UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARLENE BOUCHER AS EXECUTRIX )<br>OF THE ESTATE OF STASIA ST. )<br>AMAND )<br>          PLAINTIFF )<br> )<br>V. )<br> )<br>MARRIOTT INTERNATIONAL, INC. )<br>MSLS-MAPLERIDGE, INC. doing )<br>business as MARRIOTT SENIOR LIVING )<br>SERVICES and, or MARRIOTT )<br>MAPLERIDGE ASSISTED LIVING )<br>COMMUNITY ) | C.A. No. 1:05-cv-11720 |

## MSLS-MAPLERIDGE, INC.'S CORPORATE DISCLOSURE PURSUANT TO LOCAL RULE 7.3(A)

Pursuant to Local Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, defendant MSLS-MapleRidge, Inc. states that Sunrise Senior Living Services, Inc. is its

parent corporation and owns 100% of its stock.

Dated: September 8, 2005

MSLS-MAPLERIDGE, INC.
By Its Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

_____
James M. Campbell
Michelle I. Schaffer
One Constitution Plaza
Boston, MA 02129
617-241-3000

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all counsel for all parties by mail on September 8, 2005.

David J. Hoey
Law Office of David J. Hoey, P.C.
350 Park Street, Suite 205
North Reading, MA 01864

_____
Michelle I. Schaffer