UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARLENE BOUCHER AS EXECUTRIX ) <br> OF THE ESTATE OF STASIA ST. ) <br> AMAND ) <br>            PLAINTIFF ) <br> ) <br> V. ) <br> ) <br> MARRIOTT INTERNATIONAL, INC. ) <br> MSLS-MAPLERIDGE, INC. doing ) <br> business as MARRIOTT SENIOR LIVING ) <br> SERVICES and, or MARRIOTT ) <br> MAPLERIDGE ASSISTED LIVING ) <br> COMMUNITY ) | C.A. No. 1:05-cv-11720 |

### APPEARANCE OF MICHELLE I. SCHAFFER

Please enter my appearance for Marriott International, Inc. and MSLS Mapleridge, Inc.

Dated: November 1, 2005

MARRIOTT INTERNATIONAL, INC.
MSLS MAPLERIDGE, INC.
By Its Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

_/s/ James M. Campbell_
James M. Campbell
Michelle I. Schaffer
One Constitution Plaza
Boston, MA 02129
617-241-3000

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all counsel for all parties by mail on November 1, 2005.

David J. Hoey
Law Office of David J. Hoey, P.C.
350 Park Street, Suite 205
North Reading, MA 01864

_/s/ Michelle I. Schaffer_
Michelle I. Schaffer