UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARLENE BOUCHER AS EXECUTRIX )<br>OF THE ESTATE OF STASIA ST. )<br>AMAND )<br>            PLAINTIFF )<br>)<br>V. )<br>)<br>MARRIOTT INTERNATIONAL, INC. )<br>MSLS-MAPLERIDGE, INC. doing )<br>business as MARRIOTT SENIOR LIVING )<br>SERVICES and, or MARRIOTT )<br>MAPLERIDGE ASSISTED LIVING )<br>COMMUNITY ) | C.A. No. 1:05-cv-11720 |

## THE PARTIES' JOINT STATEMENT

Pursuant to the court's Notice of Scheduling Conference, the Parties submit the following Joint Statement:

1.  **The Parties Proposed Pretrial Schedule:**

    The Parties request that the court enter the following pretrial schedule in this matter:

    a.   All fact discovery will be completed by October 31, 2006.

    b.   Any motions to join additional parties or to amend the pleadings will be filed on or before February 28, 2006 or by leave of court thereafter.

    c.   Plaintiff will designate all trial experts and provide opposing counsel with reports from trial experts pursuant to Fed. R. Civ. P. 26(a)(2) by May 30, 2006. Depositions of such experts will be completed by August 15, 2006.

d. Defendants will designate all trial experts and provide opposing counsel with reports from trial experts pursuant to Fed. R. Civ. P. 26(a)(2) by June 30, 2006.  Depositions of such experts will be completed by September 15, 2006.

e. All discovery will be completed by October 31, 2006.

f. Dispositive motions will be filed on or before November 15, 2006.

2. **Trial by Magistrate Judge**

At this time, the parties do not consent to trial by magistrate judge.

3. **Certifications of Conferring**

Certifications signed by counsel and an authorized representative of each party affirming that each party and that party's counsel have conferred about litigation costs

and alternative dispute resolution will be filed by each Party under separate cover.

| | |
|---|---|
| MARLENE BOUCHER AS<br>EXECUTRIX OF THE ESTATE<br>OF STASIA ST. AMAND<br>By her Attorney | MSLS-MAPLERIDGE, INC.<br>MARRIOTT INTERNATIONAL, INC.<br>By Their Attorneys,<br>CAMPBELL CAMPBELL EDWARDS & CONROY<br>PROFESSIONAL CORPORATION |
| /s/ David Hoey (mls)<br>David J. Hoey<br>Law Office of David J. Hoey, P.C.<br>350 Park Street, Suite 205<br>North Reading, MA 01864 | /s/ Michelle Schaffer<br>James M. Campbell<br>Michelle I. Schaffer<br>One Constitution Plaza<br>Boston, MA 02129 |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all counsel for all parties by mail on November 3, 2005.

David J. Hoey
Law Office of David J. Hoey, P.C.
350 Park Street, Suite 205
North Reading, MA 01864

/s/ Michelle Schaffer
Michelle I. Schaffer

3