UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARLENE BOUCHER AS EXECUTRIX )
OF THE ESTATE OF STASIA ST. )
AMAND )
           PLAINTIFF )
)
V. )
) C.A. No. 1:05-cv-11720
MARRIOTT INTERNATIONAL, INC. )
MSLS-MAPLERIDGE, INC. doing )
business as MARRIOTT SENIOR LIVING )
SERVICES and, or MARRIOTT )
MAPLERIDGE ASSISTED LIVING )
COMMUNITY )

## MARRIOTT INTERNATIONAL, INC.'S AND MSLS-MAPLERIDGE, INC.'S CERTIFICATION

Marriott International, Inc. and MSLS-Mapleridge, Inc. and their counsel hereby affirm that they have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation and have

conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

MARRIOTT INTERNATIONAL, INC. AND
MSLS-MAPLERIDGE, INC.

By their Attorneys

CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.

_____
James M. Campbell (BBO# 541882)
Michelle I. Schaffer (BBO# 552383)
One Constitution Plaza
Boston, MA  02129
(617) 241-3000

By their Authorized Representative

_____
Greg Hurst
Marriott Claims Services

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for all parties by mail on November 3, 2005.

David J. Hoey
Law Office of David J. Hoey, P.C.
350 Park Street, Suite 205
North Reading, MA 01864

_____
Michelle I. Schaffer