UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARLENE BOUCHER AS EXECUTRIX<br>OF THE ESTATE OF STASIA ST. AMAND<br>PLAINTIFF<br><br>V.<br><br>MARRIOTT INTERNATIONAL, INC.<br>MSLS-MAPLERIDGE, INC. doing business as<br>MAPLERIDGE OF DARTMOUTH also known as<br>MARRIOTT SENIOR LIVING SERVICES and, or<br>MARRIOTT MAPLERIDGE ASSISTED LIVING<br>COMMUNITY<br>DEFENDANTS | )<br>)<br>)<br>)<br>) C.A. No 1:05-cv-11720 RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    Marlene Boucher as Executrix of the Estate of Stasia St. Amand and her counsel hereby affirm that they have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation and have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4

The Plaintiff,
By Her Attorney

_____
DAVID J. HOEY
Law Office of David J. Hoey, P.C.
350 Park Street, Suite 205
North Reading, MA 01864
978 664-3633
BBO: 628619

The Plaintiff:

_____
Marlene Boucher as Executrix
Of the Estate of Stasia St. Amand

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for all parties by mail on November 4, 2005.

Michelle I. Schaffer
Campbell Campbell Edwards & Conroy
One Constitution Plaza
Third Floor
Boston, MA 02129

_____
David J. Hoey