UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARLENE BOUCHER AS EXECUTRIX OF THE ESTATE OF STASIA ST. AMAND<br>PLAINTIFF<br><br>V.<br><br>MARRIOTT INTERNATIONAL, INC.<br>MSLS-MAPLERIDGE, INC. doing business as MAPLERIDGE OF DARTMOUTH also known as MARRIOTT SENIOR LIVING SERVICES and, or MARRIOTT MAPLERIDGE ASSISTED LIVING COMMUNITY<br>DEFENDANTS | )<br>)<br>)<br>)<br>)<br>) C.A. No 1:05-cv-11720  RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CHANGE OF ADDRESS
OF PLAINTIFF'S COUNSEL**

Please be advised of Plaintiff's Counsel's new address.

> 352 Park Street
> Suite 105
> North Reading, MA  01864
> (978) 664-3633

Respectfully Submitted,

The Plaintiff,
By Their Attorney,

_____
David J. Hoey
Law Office of David J. Hoey, PC
352 Park St. #105
No. Reading, MA  01864
BBO# 628619

January 19, 2006