UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARLENE BOUCHER AS EXECUTRIX ) <br> OF THE ESTATE OF STASIA ST. ) <br> AMAND ) <br>         PLAINTIFF ) <br> ) <br> V. ) <br> ) <br> MARRIOTT INTERNATIONAL, INC. ) <br> MSLS-MAPLERIDGE, INC. doing ) <br> business as MARRIOTT SENIOR LIVING ) <br> SERVICES and, or MARRIOTT ) <br> MAPLERIDGE ASSISTED LIVING ) <br> COMMUNITY ) | C.A. No. 1:05-cv-11720 |

**THE PARTIES' JOINT MOTION TO EXTEND DEADLINES**

The parties to the above-referenced action jointly request that certain deadlines in the Scheduling Order be amended as follows:

Discovery be completed by December 31, 2006.

Motions for summary judgment be filed by December 31, 2006.

As grounds for their motion, the parties state that several months ago they scheduled a mediation for September 25, 2006. The parties mutually agreed that to attempt to avoid unnecessary litigation costs, all parties would hold off on completing extraneous discovery beyond the exchange of expert reports in light of a scheduled mediation. Unfortunately, the case did not resolve during the full day mediation on September 25, 2006. Accordingly, the parties each have certain discovery that they wish to complete in order properly to prepare the case for trial. The parties concur that a modest extension of the discovery period is necessary in order for this discovery to be completed.

For the foregoing reasons, the parties request that the court extend the date for discovery to be completed to a date up to and including December 31, 2006 and permit motions for summary judgment to be filed to a date up to and including December 31, 2006.

| | |
|---|---|
| MARLENE BOUCHER AS EXECUTRIX OF THE ESTATE OF STASIA ST. AMAND<br>By her Attorney | MSLS-MAPLERIDGE, INC.<br>MARRIOTT INTERNATIONAL, INC.<br>By Their Attorneys,<br>CAMPBELL CAMPBELL EDWARDS & CONROY PROFESSIONAL CORPORATION |
| /s/ David J. Hoey<br>David J. Hoey<br>Law Office of David J. Hoey, P.C.<br>350 Park Street, Suite 205<br>North Reading, MA 01864 | /s/ Michelle I. Schaffer<br>James M. Campbell<br>Michelle I. Schaffer<br>One Constitution Plaza<br>Boston, MA 02129 |

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all counsel for all parties by mail on October 12, 2006.

David J. Hoey
Law Office of David J. Hoey, P.C.
350 Park Street, Suite 205
North Reading, MA 01864

/s/ Michelle I. Schaffer
Michelle I. Schaffer