UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARLENE BOUCHER AS EXECUTRIX <br> OF THE ESTATE OF STASIA ST. <br> AMAND <br>         PLAINTIFF <br> <br> V. <br> <br> MARRIOTT INTERNATIONAL, INC. <br> MSLS-MAPLERIDGE, INC. doing <br> business as MARRIOTT SENIOR LIVING <br> SERVICES and, or MARRIOTT <br> MAPLERIDGE ASSISTED LIVING <br> COMMUNITY <br>         DEFENDANTS | C.A. No. 1:05-cv-11720 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiff, Marlene Boucher as Executrix of the Estate of Stasia St. Amand, and the defendants, Marriott International, Inc. and MSLS Mapleridge, Inc., by and through their respective attorneys, stipulate that the Plaintiff's claims against all defendants are dismissed WITH prejudice and without costs to any party. All rights to

1

appeal are waived.

Date: December 20, 2006

| | |
|---|---|
| MARLENE BOUCHER AS EXECUTRIX OF THE ESTATE OF STASIA ST. AMAND<br>By her Attorney | MSLS-MAPLERIDGE, INC.<br>MARRIOTT INTERNATIONAL, INC.<br>By Their Attorneys,<br>CAMPBELL CAMPBELL EDWARDS & CONROY<br>PROFESSIONAL CORPORATION |
| /s/ David J. Hoey | /s/ James M. Campbell |
| David J. Hoey<br>Law Office of David J. Hoey, P.C.<br>350 Park Street, Suite 205<br>North Reading, MA 01864 | James M. Campbell<br>Michelle I. Schaffer<br>One Constitution Plaza<br>Boston, MA 02129 |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARLENE BOUCHER AS EXECUTRIX ) <br> OF THE ESTATE OF STASIA ST. ) <br> AMAND ) <br>                 PLAINTIFF ) <br> ) <br> V. ) <br> ) <br> MARRIOTT INTERNATIONAL, INC. ) <br> MSLS-MAPLERIDGE, INC. doing ) <br> business as MARRIOTT SENIOR LIVING ) <br> SERVICES and, or MARRIOTT ) <br> MAPLERIDGE ASSISTED LIVING ) <br> COMMUNITY ) <br>                 DEFENDANTS ) | **C.A. NO. 1:05 CV 11720 DPW** <br><br><br><br><br><br> **CERTIFICATION** |

      I hereby certify that on December 20, 2006, a copy of the foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                            /s/ Michelle I. Schaffer

                                                            James M. Campbell
                                                            Michelle I. Schaffer
                                                             Campbell Campbell Edwards & Conroy
                                                             One Constitution Plaza
                                                             Boston, MA 02129
                                                             Tel: 617-241-3054
                                                             Fax: 617-241-5115
                                                             mschaffer@campbell-trial-lawyers.com